**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BARBARA ANNE CLARK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-2970** |
| | : | |
| **HOSPITAL UNIVERSITY** | : | |
| **PENNSYLVANIA, PENN MEDICINE** | : | |
| **ORTHOPEDICS, BETTY S. ADLER** | : | |

## <u>ORDER</u>

**AND NOW**, this 4th day of November 2024, upon considering defendants' motion to dismiss (DI 6), plaintiff's opposition (DI 7), following oral argument held on October 25, 2024, and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion to dismiss (DI 6) is **GRANTED** pursuant to Rule 12(b)(1).  Ms. Clark's claims against Hospital of the University of Pennsylvania, Penn Medicine Orthopedics, and Betty Alder are dismissed for lack of subject-matter jurisdiction.  The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**